No. 1188. DIRIC *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. *Myron L. Borawick* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Kirby W. Patterson* for respondent.

No. 1193. THOMAS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *James R. Willis* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 1196. ECHARD *v.* OHIO. Sup. Ct. Ohio. Certiorari denied. *Allan Sherry* for petitioner.

No. 1202. SPEYER, INC., ET AL. *v.* HUMBLE OIL & REFINING CO. ET AL. C. A. 3d Cir. Certiorari denied. *William W. Knox* and *John G. Gent* for petitioners. *John M. Wolford, Cloyd R. Mellott,* and *Barton Z. Cowan* for Humble Oil & Refining Co., and *Raymond G. Hasley* for A. O. Smith Corp., respondents.

No. 983. HANNA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Guy Johnson* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Sidney M. Glazer* for the United States.

MR. JUSTICE FORTAS, with whom MR. JUSTICE DOUGLAS joins, dissenting.

Petitioner asks that we review the decision of the Court of Appeals for the Fifth Circuit affirming his convictions for defrauding the telephone company in violation of 18 U. S. C. § 1343 and for use of interstate commerce facilities for illegal gambling in violation of 18 U. S. C.